Case Nos. 23-5027/23-5075

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JENAI HAYES, *Plaintiff-Appellant*, No. 23-5027, and
DR. LILY MORENO LEFFLER, DR. JAMES BAILEY, DR. PIPPA MERIWETHER, and DR. DAMON CATHEY, *Plaintiff-Appellants*, No. 23-5075

v.

THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TN; DR. ADRIENNE BATTLE,

Defendant - Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Case Nos. 3:20-CV-01023

# DEFENDANT-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

Defendant-Appellee, Metro Nashville, moves to extend the deadline to file a petition for rehearing en banc (Fed. R. App. P. 35, 40) by two weeks, to **January 10, 2024**.

In support, the current deadline of December 27, 2023, falls between the Christmas and New Year holidays. Undersigned counsel and the litigation team's support staff have pre-planned vacation / holiday leave scheduled during the entire week of the deadline and much of the time period preceding the deadline. For this

{N0582103.1}

reason, Metro Nashville respectfully requests a two-week extension till January 10, 2024, to file its petition.

Respectfully submitted,

*/s/ J. Brooks Fox*
J. BROOKS FOX (#16096)
BENJAMIN A. PUCKETT (#40042)
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
*Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via the court's electronic filing system to:

| | |
|---|---|
| Ann Buntin Steiner, BPR No. 11697<br>STEINER & STEINER, LLC<br>613 Woodland Street<br>Nashville, TN 37206 | Anne Bennett Hunter, BPR No. 022407<br>HUNTER LAW FIRM, PLC<br>1010 Creekside Crossing, Suite 1700-307<br>Brentwood, TN 37027 |
| Jesse Ford Harbison, BPR No. 032105<br>JESSE HARBISON LAW, PLLC<br>P.O. Box 68251<br>Nashville, TN 37206 | |

on December 19, 2023.

*/s/ J. Brooks Fox*
J. Brooks Fox
