**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 20, 2023

Mr. J. Brooks Fox
The Metropolitan Government of Nashville & Davidson County
Department of Law
P.O. Box 196300
Nashville, TN 37219-6300

Re: Case No. 23-5027/23-5075, *Jenai Hayes, et al v. Metro Govt of Nashville, et al*
Originating Case No.: 3:20-cv-01023: 3:21-cv-00038: 3:21-cv-00122

Dear Mr. Fox,

The court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Wednesday, **January 2, 2024**.

No further extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Jesse F. Harbison
Ms. Anne Hunter
Mr. Benjamin Andrew Puckett
Ms. Ann Buntin Steiner