Nos. 23-5027/5075

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jan 26, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| DR. JENAI HAYES (23-5027); DR. LILYMORENO LEFFLER, DR. JAMES BAILEY, DR. PIPPA MERIWETHER, and DR. DAMON CATHEY (23-5075), | )<br>)<br>)<br>)<br>) |
| Plaintiffs-Appellants, | )    O R D E R |
| v. | )<br>) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; DR. ADRIENNE BATTLE, | )<br>)<br>)<br>) |
| Defendants-Appellees. | |

**BEFORE:** GRIFFIN, KETHLEDGE, and THAPAR, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the cases. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk